

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00156-CV

CITY OF HALTOM CITY, TEXAS                                    APPELLANT

V.

TEXAS MIDSTREAM GAS                                          APPELLEE
SERVICES, LLC

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

AND

### NO. 02-10-00168-CV

CITY OF HALTOM CITY, TEXAS                                    APPELLANT

V.

TEXAS MIDSTREAM GAS                                          APPELLEE
SERVICES, LLC

------------

FROM COUNTY COURT AT LAW NO. 3 OF TARRANT COUNTY

------------

# MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's unopposed "Motion To Dismiss Consolidated Appeals." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeals shall be paid by the party incurring them, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: September 23, 2010

---

[1] *See* Tex. R. App. P. 47.4.